

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00372-CR

Miguel Angel **MEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021CRC000830-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

Cynthia Lenz's reporter's record was due on extended due date September 14, 2022. *See* TEX. R. APP. P. 35.2(a), 35.3(c). On September 26, 2022, this court notified court reporter Cynthia Lenz that the reporter's record was late, and that if she did not file an additional notice of late record, the reporter's record would be due not later than October 26, 2022. *See id.* R. 37.3(a)(2). To date, this court has not received a notification of late record, and the reporter's record has not been filed.

We **order** court reporter Cynthia Lenz to file the reporter's record in this court **not later than FIFTEEN DAYS from the date of this order**. *See id.* R. 35.3(c).

If the reporter's record is not filed as ordered, a show cause order may issue directing Cynthia Lenz to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Cynthia Lenz by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court